IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUKUSITINO AFAMASAGA, JR.,  )
                              )
           Plaintiff,          )          No. C 11-2928 CRB (PR)
                              )
    v.                       )          ORDER
                              )
KATHY CHISUM, et al.,       )
                              )
          Defendant(s).     )
_____ )

Per order filed on August 2, 2011, the court dismissed without prejudice plaintiff's prisoner civil action. Although plaintiff submitted an application to proceed in forma pauperis (IFP) and a copy of his prisoner's trust account statement for the last six months, he did not submit a completed certificate of funds form, as requested.

Plaintiff's request to reopen the matter is DENIED. But plaintiff is advised that the matter was dismissed without prejudice. He is free to file a new action accompanied by the requisite filing fee or application to proceed IFP, which requires a copy of his prisoner's trust account statement for the last six months and a completed certificate of funds form.

SO ORDERED.

DATED: August 22, 2011      _____
                               CHARLES R. BREYER
                               United States District Judge

G:\PRO-SE\CRB\CR.11\Afamasaga, A1.or1.wpd